UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DALE ELLIOT DENTON (#417327)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 12-0023-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 27, 2012 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915, without prejudice to any habeas corpus remedies which the plaintiff may have.

Baton Rouge, Louisiana, this 22nd day of October, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA